# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONNIE LEE SANDERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19CV410 |
| ) | |
| SMITH DEBNAM NARRON DRAKE ) | |
| SAINTSING & MYERS, LLP ) | |
| Defendants. ) | |

### NOTICE TO PLAINTIFF OF FAILURE TO MAKE SERVICE WITHIN 90 DAYS

The docket in this action does not reflect that service has been obtained upon defendant Smith Debnam Narron Drake Saintsing & Myers, LLP. Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 90 days of the filing of the complaint, the court on motion or its own after notice to the plaintiff must dismiss the action without prejudice or order that service be made within a specified time. You are hereby notified that you have 14 days to respond to this notice. At the end of the period, the record will be forwarded to the district judge to whom the action is assigned for further action. Failure to respond to this notice within the time allotted may result in dismissal of the action without prejudice as to defendants.

JOHN S. BRUBAKER, CLERK

By: /s/ Kim Garrett
Deputy Clerk

Date: October 10, 2019