IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
C.A. No. 1:19-cv-00410-UA-JEP

| | |
|---|---|
| RONNIE LEE SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP and FIRST TECHNOLOGY FEDERAL CREDIT UNION, | ) ) ) ) |
| | |
| Defendants. | |

## DEFENDANT SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP'S MOTION TO DISMISS

**NOW COMES** the defendant Smith Debnam Narron Drake Saintsing & Myers, LLP ("Defendant") and, pursuant to Rules 12(b)(5) and (6) of the Federal Rules of Civil Procedure, moves the Court to dismiss the above-captioned action due to an insufficiency of service of process and for failure to state a claim upon which relief can be granted. The basis of Defendant's motions is set forth more particularly in the Memorandum filed contemporaneously with this motion.

**WHEREFORE,** Defendant respectfully requests the Court dismiss this action as it pertains to Defendant, with prejudice.

This the 2nd day of January 2020.

*/s/ Caren D. Enloe*
Caren D. Enloe
NC Bar No. 17394
Zachary K. Dunn
NC Bar No. 50271

SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
PO Box 176010
Raleigh, NC 27619-6010
Telephone: (919) 250-2000
Telefacsimile: (919) 250-2124

*Attorneys for Defendant Smith Debnam
Narron Drake Saintsing & Myers, LLP*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served electronically upon the following via the CM/ECF system:

Jonathan R. Miller
Law Office of Jonathan Miller, LLC
449 N. Euclid Ave., Ste. 140
St. Louis, MO 63108
314-582-1892
Email: jonathan@sltconsumerlaw.com
*Counsel for Plaintiff*

Jeffrey B. Kuykendal
McAngus, Goudelock and Courie, PLLC
PO Box 30307
Charlotte, NC 28230
Email: Jeffrey.kuykendal@mgclaw.com
*Counsel for Defendant First Technology Federal Credit Union*

This the 2nd day of January 2020.

/s/ Caren D. Enloe
Caren D. Enloe
NC Bar No. 17394
Zachary K. Dunn
NC Bar No. 50271
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
PO Box 176010
Raleigh, NC 27619-6010
Telephone: (919) 250-2000
Telefacsimile: (919) 250-2124

*Attorneys for Defendant Smith Debnam Narron Drake Saintsing & Myers, LLP*