| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:19-CV-00410 |
|---|---|
| Name of Plaintiff(s):<br><br>RONNIE LEE SANDERS<br><br>**VERSUS**<br><br>Name of Defendant(s):<br><br>SMITH DEBNAM NARRON DRAKE, ET AL. | **REPORT**<br><br>**OF**<br><br>**MEDIATOR**<br><br>*(For Placement on the CM/ECF Docket)* |
| Mediator Name: CALVIN B. BENNETT III | |
| Telephone No: 919.844.3989 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: CAL@BENNETT-LAW.COM | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ☐ was held on _____ (date)
   ☒ was NOT held because  SETTLED PRIOR TO MEDIATION

2. **Attendance**
   ☐ No objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (*i.e.*, mediation to be resumed at a later date)
   ☐ Impasse
   ☒ Additional Information: COUNSEL REPORTED CASE SETTLED PRIOR TO MEDIATION SESSION

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are _____
   (b) The person responsible for filing the document(s) is _____
   (c) The agreed deadline for filing the document(s) is _____

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____        7/13/21
Mediator Signature                       Date

RECEIVED
In This Office
JUL 16 2021
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
2:20pm  ACC